UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: METHOD OF PROCESSING ETHANOL BYPRODUCTS AND RELATED SUBSYSTEMS ('858) PATENT LITIGATION <br><br> **RELATED CASE** <br> 1:10-cv-08007-LJM-DML | ) ) ) **Master Case No.: 1:10-ml-2181-LJM-DML** ) ) ) ) ) ) |

**PLAINTIFF'S GS CLEANTECH CORPORATION CROSS MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY UNDER 35 U.S.C. § 112 AGAINST ACE ETHANOL, LLC**

Plaintiff GS CleanTech Corporation ("CleanTech") hereby moves pursuant to Fed. R. Civ. P. 56 and Master Dkt. No. 780 (as modified by Master Dkt. No. 861) for summary judgment that the claims of U.S. Patent No. 7,601,858 (hereinafter, "the '858 patent"); U.S. Patent No. 8,008,516 (hereinafter, "the '516 patent"); U.S. Patent No. 8,008,517 (hereinafter, "the '517 patent"); and U.S. Patent No. 8,283,484 (hereinafter, "the '484 patent") are valid under the enablement, written description, and definiteness requirements under 35 U.S.C. § 112.

In support of this motion, CleanTech relies on its Memorandum in Support, containing a statement of Material Facts Not in Dispute pursuant to Local Rule 56-1, and authorities cited therein filed concurrently herewith.

Respectfully submitted,

Dated: November 22, 2013

/s/Michael J. Rye
Michael J. Rye, Esq.
Charles F. O'Brien, Esq.
CANTOR COLBURN LLP
20 Church Street, 22d Floor
Hartford, CT 06103
Telephone: (860) 286-2929
Facsimile: (860) 286-0115
mrye@cantorcolburn.com

cobrien@cantorcolburn.com
*Attorneys for GS CleanTech Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, a copy of the foregoing **PLAINTIFF'S GS CLEANTECH CORPORATION CROSS MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY UNDER 35 U.S.C. § 112 AGAINST ACE ETHANOL, LLC** was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael J. Rye\_
Michael J. Rye